WADE M. BURGESON, SBA #015650
ALYSSA P. KARP, SBA #030261
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
_____
Ph:  (602) 271-9090
Fax:  (602) 222-4999
Email:  wmb@eblawyers.com
Email:  apk@eblawyers.com
_____

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD A. HARTMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP.,<br><br>　　　　Defendant. | Case No._____<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 (FEDERAL QUESTION) and 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>*(Filed concurrently with: (1) Civil Cover Sheet; and (2) Corporate Disclosure)* |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

**PLEASE TAKE NOTICE THAT** defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Financial Corp. ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.   JURISDICTION**

　　　　1.　　Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1441(a) and § 1331 because

Plaintiff Richard A. Hartman ("Plaintiff") alleges causes of action arising under federal law, including violations of the federal Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. § 1681 *et seq.*, and the federal Fair Credit Billing Act ("FCBA"), codified at 15 U.S.C. § 1666. Further, to the extent that Plaintiff's Complaint alleges any state law causes of action, the Court has supplemental jurisdiction over such claims pursuant to 28 U.S.C. § 1367(a).

### B.   STATEMENT OF THE CASE

2. On or about October 29, 2013, Plaintiff filed a Complaint in the Superior Court of the State of Arizona for Pinal County, small claims division, designated as Case Number CV2013-3721 (the "Action").

3. On November 4, 2013, Capital One first received notice of the Action when it received a copy of the Complaint by U.S. Mail at 1680 Capital One Drive, McLean, Virginia 22102. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in this case is attached hereto as *Exhibit A*.

4. Plaintiff's Complaint alleges the following: "FCRA (6) VIOLATIONS, FCRA 623(A)(1)(A) & (B), (4) CARD ACT VIOLATIONS, FCBA (7) VIOLATIONS. FALSELY REPORTING LATE PAYMENTS." *See* Ex. A. Thus, the basis for liability in this case, as alleged by Plaintiff, seems to arise out of Capital One's credit reporting activity and its alleged violations of federal statutes concerning consumer credit.

### C.   BASIS FOR REMOVAL

5. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges causes of action arising under the law of the United States, including violations of the FCRA and FCBA.

6. Specifically, Plaintiff's Complaint alleges that Capital One is liable for "FCRA (6) VIOLATIONS, FCRA 623(A)(1)(A) & (B), (4) CARD ACT

VIOLATIONS, FCBA (7) VIOLATIONS.  FALSELY REPORTING LATE PAYMENTS." *See* Ex. A.  Therefore, adjudication of Plaintiff' Complaint requires an analysis and construction of federal law.  Thus, this Action is one which may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claims arising under the FCRA and FCBA.

7. Additionally, this Court has supplemental jurisdiction over any alleged state law claims, because they "form part of the same case or controversy." 28 U.S.C. § 1367(a).  A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together.  *See, e.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.,* 333 F. 3d 923, 925 (9th Cir. 2003).  Therefore, to the extent that Plaintiff is attempting to allege a state law cause of action for defamation by alleging that "defense is causing financial and damage to my character by inaccurately reporting false/inaccurate information," the facts related to such a claim are intertwined with and based upon the federal claim arising under the FCRA.  Specifically, like Plaintiff's claim arising under the FCRA, the allegation regarding defamation, a state law cause of action, involves Plaintiff's allegation that Capital One inaccurately reported information regarding Plaintiff's credit.

8. Moreover, the invocation of supplemental jurisdiction is bolstered because federal law, specifically 15 U.S.C. § 1681t(b)(1)(F), preempts state law claims "relating to the responsibilities of persons who furnish information to consumer reporting agencies. . . " *See Roybal v. Equifax*, 405 F. Supp. 2d 1177, 1181 (E.D. Cal. 2005) ("Because Plaintiffs' State Claims are based on alleged injury arising purely from the reporting of credit information by a furnisher of credit, they are completely preempted") (citing *Jaramillo v. Experian Info.*

*Solutions, Inc.*, 155 F.Supp.2d 356, 361-62 (E.D. Pa. 2001) ("it is clear ... that Congress wanted to eliminate all state causes of action relating to the responsibilities of persons who furnish [credit] information"); *Hasvold v. First USA Bank*, 194 F.Supp.2d 1228, 1239 (D. Wyo. 2002) ("federal law under the FCRA preempts plaintiff's claims [for defamation and invasion of privacy] against the defendant relating to it as a furnisher of information"); *Riley v. Gen. Motors Acceptance Corp.*, 226 F.Supp.2d 1316, 1322 (S.D. Ala. 2002) (finding preemption of state tort claims for negligence, defamation, invasion of privacy and outrage).  The Court, therefore, has jurisdiction over this Action.

### D.   ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.

9.   Removal of this action is timely.  Capital One was served with the initial pleading on November 4, 2013.  Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiffs' Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

10.   Capital One is the only named defendant in the action and, therefore, no consent of additional parties is required.

11.   Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

12.   As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in the Action are attached hereto as *Exhibit A*.

13.   Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff.  Capital One will also promptly file a copy of this Notice

with the Clerk of the Superior Court of Arizona, Pinal County, Small Claims Division.

**WHEREFORE** Capital One prays that the above Action now pending against it in the Justice Court of the State of Arizona, Pinal County, be removed therefrom to this Court.

Dated this 3rd day of December 2013.

**ENGELMAN BERGER, P.C.**

By: */s/ Wade M. Burgeson  #0156550*
Wade M. Burgeson
Alyssa P. Karp
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for Defendant Capital One Bank (USA), N.A

I hereby certify that on December 3, 2013 I electronically transmitted the attached Document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Richard A. Hartman
3570 W. Sunshine Butte Drive
Queen Creek, AZ 85142


/s/ Heidi Anschutz

# EXHIBIT "A"

# Pinal County Justice Courts, State of Arizona

Apache Junction Justice Court #1107  575 N. Idaho Rd., Ste. 200, Apache Junction, AZ 85119  (480) 982-2921

RECEIVED

## SMALL CLAIMS COMPLAINT

Case Number: CV2013-3721

| Plaintiff(s) | Defendant(s) |
|---|---|
| Richard A Hartman | Capital One Financial Corp |
| 3570 W Sunshine Butte Dr | 1680 Capitol One Drive |
| Queen Creek, Arizona 85142 | McLean, Virginia 22102 |
| (480) 289-0733 (or) (480) 845-4243 | 703-720-1000   Richard D Fairbank - President |
| Name / Address / Phone | Name / Address / Phone |

### PLAINTIFF'S CLAIM

This Justice Court has venue because:
☐ The defendant resides in this precinct, OR
☒ The debt, or action, or incident that resulted in this claim occurred in this precinct.

The total amount owed me by the defendant is $ 2500.00 for the following reason(s):

1. DEFENSE ENTERED MY VENUE BY USPS UNDER THE ARIZONA LONG ARM STATUTE.

2. FCRA (6) VIOLATIONS, FCRA 623(a)(1)(A) & (B), (4) CARD ACTIVATIONS, FCBA (7) VIOLATIONS. FALSELY REPORTING LATE PAYMENTS

3. DEFENSE IS CAUSING FINANCIAL AND DAMAGE TO MY CHARACTER BY INNACURATELY REPORTING FALSE/INNACURATE INFORMATION TWO (3) REPORTING AGENCIES.

Date: 10/28/2013   Plaintiff: [signature]

### CERTIFICATE OF SERVICE BY PLAINTIFF

I certify that I will mail (certified or registered) or serve a copy of this complaint and summons to the Defendant at the above listed address.

Date: 10/28/2013   Plaintiff: [signature]

### NOTICE AND SUMMONS

**THE STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT(S):**

You are directed to answer this complaint within **TWENTY (20) DAYS** by filing a written ANSWER in the court named above. If you do not answer or defend, a default judgment will likely be entered against you in the amount of plaintiff's claim, plus court costs.

**ANSWER FEE:  $13.00**
You MUST pay a filing fee when you file your WRITTEN answer with the court.

Date: 10/29/13   Judge/Clerk: [signature]

### WARNING:

There are NO APPEALS in small claims cases. You DO NOT have the right to appeal the decision of the hearing officer or the justice of the peace in small claims court. If you wish to preserve your right to appeal, you may have your case transferred to the justice court pursuant to A.R.S. §22-504(A). If you request a transfer you MUST do so at least ten (10) days prior to the scheduled hearing.

### SPECIAL NOTICE:

Request for reasonable accommodations for persons with disabilities must be made to the court at least three (3) legal working days in advance of any scheduled hearing.

RECEIVED
NOV 05 '13
LEGAL DEPT
RICHMOND VA

SC11-106   Revised: 11/13/2009





Mailed from ZIP 85143

071V00657615

## USPS FIRST CLASS

Power Postal
Eva Marie Calvert
270 E Hunt Highway, Suite 16
Suite 16
SAN TAN VALLEY AZ 85143

**RETURN RECEIPT REQUESTED**

SHIP TO:  CAPITAL ONE FINANCIAL CORP.
ATTN:RICHARD D. FAIRBANK-PRESIDENT
1680 CAPITAL ONE DR.
MCLEAN VA 22102

9414 7102 0079 3869 3119 40