# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard A. Hartman,<br><br>  Plaintiff,<br><br>v.<br><br>Capital One Financial Corp.,<br><br>  Defendant. | No. CV13-2466 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal.  (Doc. 15)

**IT IS ORDERED** that the stipulation of dismissal (Doc. 15) is **granted**.  This case is dismissed with prejudice.

Dated this 30th day of December, 2013.

_____
David G. Campbell
United States District Judge